LAURETTA IANNOTTI *v.* THE GRAND UNION COMPANY

KING, C. J., ALCORN, HOUSE, COTTER and THIM, Js.

Argued May 8—decided May 13, 1969

*Anthony J. Lasala,* for the appellant (plaintiff).

*Peter C. Dorsey,* for the appellee (defendant).

PER CURIAM. The plaintiff claimed error in the denial of her motion to set aside the verdict directed

for the defendant. We have examined the evidence in the light most favorable to the plaintiff and find no error. *Lombardi* v. *J. A. Bergren Dairy Farms, Inc.,* 153 Conn. 19, 23, 213 A.2d 449.

There is no error.